NOTE: CHANGES MADE BY THE COURT

IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, KARLA V. MARTINEZ SANCHEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KARLA V. MARTINEZ SANCHEZ, <br><br>  Plaintiff, <br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: CV 18-7440 KES <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES <br><br> KAREN E. SCOTT <br> UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND FIVE HUNDRED ~~FIFTY~~ DOLLARS ($2,500.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: February 21, 2019

*/s/ Karen E. Scott*
_____
KAREN E. SCOTT
UNITED STATES JUDGE